### 6486.  SYMS v. CENTRAL OF GEORGIA RAILWAY CO.

RUSSELL, C. J.   1. Where, in an action for personal injury, the case turns upon the question whether the party injured could, by the exercise of ordinary care, have avoided the injury, and the evidence does not show such conduct on his part as to amount to negligence per se, the question as to the exercise of ordinary care is for the jury.   *Dethrage* v. *City of Rome,* 125 *Ga.* 802 (54 S. E. 654) ; *Smith* v. *Smith & Kelly Co.,* 12 *Ga. App.* 19 (76 S. E. 770).
2. From the plaintiff's testimony, it being a doubtful question as to whether he could, by the exercise of ordinary care, have avoided the alleged injuries, the case should have been submitted to the jury, and the granting of a nonsuit was therefore error.   *Cooper* v. *Raleigh & Gaston R. Co.,* 105 *Ga.* 83 (30 S. E. 731) ; *Redding* v. *E. T., V. & G. R. Co.,* 74 *Ga.* 385; *Central R. Co.* v. *Freeman,* 66 *Ga.* 170; *Steinhauser* v. *Savannah &c. Ry. Co.,* 118 *Ga.* 195 (44 S. E. 800) ; *Central Ry. Co.* v. *Harper,* 124 *Ga.* 836, 840 (53 S. E. 391) ; *Hutchinson* v. *Greene County,* 11 *Ga. App.* 103 (74 S. E. 53).
*Judgment reversed.   Wade, J., concurs dubitante.   Broyles, J., dissents.*
DECIDED JANUARY 27, 1916.
ON REHEARING, JUDGMENT ADHERED TO, MARCH 4, 1916.

Action for damages ; from city court of Savannah—Judge Davis Freeman.   March 11, 1915.

*Osborne & Lawrence,* for plaintiff.
*H. W. Johnson,* for defendant.

BROYLES, J., dissenting. In my opinion, this case is absolutely controlled by the ruling of the Supreme Court in *Ludd* v. *Wilkins*, 118 *Ga.* 525 (45 S. E. 429), and of this court in *Central of Georgia Railway Co.* v. *Henderson*, 6 *Ga. App.* 459 (65 S. E. 297), and the award of a nonsuit was proper.